ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Forney Enterprises, Inc. | ) ASBCA No. 63107-ADR |
| | ) |
| Under Contract No. HQ0034-14-D-0008 | ) |

APPEARANCE FOR THE APPELLANT:  Daryle A. Jordan, Esq.
               Daryle Guyson LLP
               Fairfax, VA

APPEARANCES FOR THE GOVERNMENT: Karen L. Hughto, Esq.
               Deputy General Counsel
               Elizabeth E. Urrutia, Esq.
               Brandon Cogswell, Esq.
               Wayne T. Branom III, Esq.
               Assistant General Counsels
               DoD Washington Headquarters Services &
                Pentagon Force Protection Agency
               Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 3, 2023

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63107-ADR, Appeal of Forney Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated: April 3, 2023

_for Jammye D. Allott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals